UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN TIFFITH                                                          CIVIL ACTION

VERSUS

ANDREW SAUL,                                                    NO. 20-00617-BAJ-EWD
*Social Security Commissioner*

### RULING AND ORDER

Before the Court is Defendant's Rule 12(b)(1), 12(b)(2), And 12(b)(5) Motion To Dismiss (Doc. 3). On January 4, 2021, the Magistrate Judge issued a Report and Recommendation recommending that Defendant's Motion be granted, and that Plaintiff's claims be dismissed without prejudice for lack of subject matter jurisdiction. (Doc. 8). Plaintiff does not object to the Magistrate Judge's recommendation.

Having carefully considered Defendant's Motion, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's Rule 12(b)(1), 12(b)(2), And 12(b)(5) Motion To Dismiss (Doc. 3) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims be and hereby are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 15th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**